# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

Robert P. Young, Jr.,
Chief Justice

149291

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SCOTT A. CHERNICH, as Chapter 7
Bankruptcy Trustee for FRANK SALO,
       Plaintiff-Appellee,

v

KROGER COMPANY and KROGER
COMPANY OF MICHIGAN,
       Defendants-Appellants.

SC: 149291
COA: 314514
Ingham CC: 12-000025-NO

_____/

     On order of the Court, the application for leave to appeal the April 1, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

p1015